# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151198(128)

TAMARA FILAS,
      Plaintiff-Appellant,

v

SC: 151198
COA: 317972
Wayne CC: 13-000652-NI

KEVIN THOMAS CULPERT and EFFICIENT
DESIGN, INC.,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant for reconsideration of the May 20, 2015 administrative order directing her to resubmit a reply to defendant-appellee Efficient Design's answer that is limited to no more than 20 pages in length is DENIED. The 57-page reply submitted on June 10, 2015, in response shall not be accepted for filing by the Clerk's Office.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2015


_____